IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CAVOUR SHINGAWA TENDONGO,

        Petitioner,

v.                                         Civ. No. 26-1535 KG/KRS

TODD BLANCHE, *Acting Attorney General of the United States*, *et al.,*

        Respondents.

**ORDER OF REFERENCE RELATING TO
IMMIGRATION HABEAS CORPUS PROCEEDINGS**

In accordance with the provisions of 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and *Va. Beach Fed. Sav. & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990), this case is referred to Magistrate Judge Kevin R. Sweazea to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the case.  The Magistrate Judge will submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties.  The parties will be given the opportunity to object to the proposed findings, analysis, and disposition as described in 28 U.S.C. § 636(b)(1).  Objections must be filed within fourteen (14) days after being served with a copy of the proposed disposition.

                                        s/Kenneth J. Gonzales
                                        CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document.  Electronically filed documents can be found on the Court's PACER public access system.